# Supreme Court of Louisiana

FOR IMMEDIATE NEWS RELEASE

NEWS RELEASE #060

FROM: CLERK OF SUPREME COURT OF LOUISIANA

The Per Curiam handed down on the **19th day of October, 2016**, is as follows:

**PER CURIAM**:

2015-BA-2077    IN RE: COMMITTEE ON BAR ADMISSIONS CFN-376

Considering the commissioner's recommendation and the entire record of this proceeding, we conclude petitioner is eligible to be admitted to the practice of law in Louisiana.
ADMISSION GRANTED.

SUPREME COURT OF LOUISIANA

NO. 2015-BA-2077

IN RE: COMMITTEE ON BAR ADMISSIONS CFN-376

BAR ADMISSIONS PROCEEDING

PER CURIAM

Petitioner successfully passed the Louisiana Bar Examination. However, the Committee on Bar Admissions ("Committee") advised petitioner that it was unable to certify him for admission to the bar on character and fitness grounds. Specifically, the Committee cited (1) four criminal charges against petitioner; (2) petitioner's failure to disclose relevant information on his law school application; and (3) petitioner's failure to disclose relevant information on his request to the National Conference of Bar Examiners to prepare a character and fitness report.

Petitioner then applied to this court for admission to the practice of law. We remanded the matter to the Committee on Bar Admissions Panel on Character and Fitness to conduct an investigation and appointed a commissioner to take character and fitness evidence. Following the proceedings, the commissioner filed his report with this court, recommending petitioner be admitted to the practice of law. The Committee filed an objection to the commissioner's recommendation, and oral argument was conducted before this court pursuant to Supreme Court Rule XVII, § 9(D)(11).

Considering the commissioner's recommendation and the entire record of this proceeding, we conclude petitioner is eligible to be admitted to the practice of law in Louisiana.

**ADMISSION GRANTED.**